UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO RIVERA BORRERO
   Plaintiff
       v.               Civil No. 98-1268(SEC)
GLADYS RIVERA CORREA, et al.
   Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Docket # 25<br>Defendants' "Motion Requesting Leave to File Reply" | Granted. The Clerk of the Court shall file defendants' tendered reply. |
| Docket # 26<br>Plaintiff's motion | Noted. |

DATE: October /3 , 1999

SALVADOR E. CASELLAS
United States District Judge

