## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

EDGARDO RIVERA BORRERO   *
  *
Plaintiff   *   **Civil No. 98-1268(SEC)**
  *
v.   *   Civil Rights
  *
GLADYS RIVERA CORREA, et al.   *
  *
Defendants   *
**********************************

### ORDER

This case is hereby referred to Magistrate Judge Justo Arenas for report and recommendation.

**SO ORDERED.**

In San Juan, Puerto Rico, this *10* day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge



