IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO RIVERA BORRERO,

Plaintiff

v.                                                          CIVIL 98-1268 (SEC)

GLADYS RIVERA CORREA, et al.,

Defendant

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| "Moción Informativa Solicitando se Informe Sobre Estado Procesal de Caso," 9-28-99. | 32 | Denied. |
| Motion Requesting Extension of Time to File a Reply, 10-25-99. | 35 | Granted. |

In San Juan, Puerto Rico, this 21ˢᵗ day of December, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)