IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGARDO RIVERA BORRERO

Plaintiff

v.

GLADYS RIVERA CORREA, et a.

Defendants

Civil No. 98-1268(SEC)

*RECEIVED & FILED MAR 3 1 2000 OFFICE CLERK, U.S. DISTRICT SAN JUAN, P.R.*

## JUDGMENT

Pursuant to the order of even date, this case is hereby **DISMISSED**. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge